In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00176-CR


____________________



JUSTIN JACOLBY CALLOWAY, Appellant



V.


 

THE STATE OF TEXAS, Appellee


 




On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 07-01911 






MEMORANDUM OPINION



 Pursuant to a plea bargain agreement, appellant Justin Jacolby Calloway pled guilty
to burglary of a building. The trial court found the evidence sufficient to find Calloway
guilty, but deferred further proceedings, placed Calloway on community supervision for five
years, and assessed a fine of $750. The State subsequently filed a motion to revoke
Calloway's unadjudicated community supervision. Calloway pled "true" to four violations
of the conditions of his community supervision. The trial court found that Calloway violated
the conditions of his community supervision, found Calloway guilty of burglary of a
building, and assessed punishment at two years of confinement in a state jail facility.

 Calloway's appellate counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). On September 17, 2009, we granted an extension of time for appellant to file
a pro se brief. We received no response from appellant. We reviewed the appellate record,
and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore,
we find it unnecessary to order appointment of new counsel to re-brief the appeal. Compare
Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's
judgment. (1)

 AFFIRMED.


 _________________________________

 STEVE McKEITHEN

 Chief Justice


Submitted on February 9, 2010

Opinion Delivered February 17, 2010

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Appellant may challenge our decision in this case by filing a petition for
discretionary review. See Tex. R. App. P. 68.